UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BOLANOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAPA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | Case No. 18-cv-04435-HSG (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On July 23, 2018, a group of four detainees being held at the Napa County Jail filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Ruben Bolanos is the lead plaintiff and he is joined by Samuel Camarena, Valentine Rivera, and Jesus Gomez. Plaintiffs allege that they endured various unconstitutional conditions of confinement.

On August 28, 2018, mail sent from the court to Ruben Bolanos was returned as undeliverable with a notation that Bolanos was not in custody. Dkt. No. 19. On September 5, 2018, mail sent from the court to Samuel Camarena and Jesus Gomez was returned as undeliverable with a notation that they were not in custody. Dkt. Nos. 20-22.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Bolanos, Camarena, and Gomez was returned as undeliverable. The Court has not received a notice from these three

plaintiffs of a new address. Accordingly, plaintiffs Bolanos, Camarena, and Gomez are DISMISSED from this action without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

Presumably, plaintiff Valentine Rivera is still incarcerated at Napa County Jail and could pursue this action on his own behalf. As noted above, however, Bolanos is the lead plaintiff, and it is difficult to discern from the current pleadings which of the claims are personal to Rivera. Accordingly, the action will also be dismissed as to Rivera. This dismissal is without prejudice to Rivera filing a separate individual civil rights action if he so desires. The Clerk shall send Rivera a blank civil rights complaint form and an *in forma pauperis* application, along with his copy of this order. If Rivera does elect to file a separate action he should leave blank the civil case number. He should also specify whether he was a pretrial detainee or a convicted prisoner being held in county jail at the time of the events alleged.

The Clerk shall terminate all pending motions as moot, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge