UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BOLANOS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NAPA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 18-cv-04435-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge